| United States Bankruptcy Court<br>Eastern District of Michigan | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Smith, Kathy** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Visner, Theodore** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7592** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2243** |
| Street Address of Debtor (No. and Street, City, and State):<br>**7287 W Fremont Road**<br>**Blanchard, MI**<br><br>ZIP Code **49310** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**7287 West Fremont**<br>**Blanchard, MI**<br><br>ZIP Code **49310** |
| County of Residence or of the Principal Place of Business:<br>**Isabella** | County of Residence or of the Principal Place of Business:<br>**Isabella** |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 277**<br>**Mount Pleasant, MI**<br><br>ZIP Code **48804** | Mailing Address of Joint Debtor (if different from street address):<br>**PO Box 277**<br>**Mount Pleasant, MI**<br><br>ZIP Code **48804** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** Lesley A. Hoenig P71763 ***

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Smith, Kathy** <br> **Visner, Theodore** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X   /s/ Lesley A. Hoenig**                                    **August 10, 2010** <br> Signature of Attorney for Debtor(s)                      (Date) <br> **Lesley A. Hoenig P71763** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Smith, Kathy**
**Visner, Theodore**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kathy Smith**
Signature of Debtor **Kathy Smith**

X **/s/ Theodore Visner**
Signature of Joint Debtor **Theodore Visner**

Telephone Number (If not represented by attorney)

**August 10, 2010**
Date

#### Signature of Attorney*

X **/s/ Lesley A. Hoenig**
Signature of Attorney for Debtor(s)

**Lesley A. Hoenig P71763**
Printed Name of Attorney for Debtor(s)

**Lesley A. Hoenig, Attorney at Law**
Firm Name
**300 South University Avenue**
**Mount Pleasant, MI 48858**

Address

**Email: lesley.hoenig@gmail.com**
**(989) 773-0900  Fax: (989) 772-1512**
Telephone Number

**August 10, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re     **Kathy Smith,**        Case No. _____
           **Theodore Visner**

_____ ,
                 Debtors      Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 89,500.00 | | |
| B - Personal Property | Yes | 5 | 707,824.93 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 260,440.38 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 7 | | 48,716.46 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 575,397.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,690.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,331.25 |
| Total Number of Sheets of ALL Schedules | | 41 | | | |
| Total Assets | | | 797,324.93 | | |
| Total Liabilities | | | | 884,554.78 | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com         Best Case Bankruptcy

.

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Kathy Smith,**  
**Theodore Visner**

Case No. _____

_____,

Debtors

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 30,000.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 18,716.46 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 48,716.46 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,690.00 |
| Average Expenses (from Schedule J, Line 18) | 4,331.25 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,085.03 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 137,079.57 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 46,900.66 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 1,815.80 |
| 4. Total from Schedule F | | 575,397.94 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 714,293.31 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re    **Kathy Smith,**

       **Theodore Visner**                                   ,

                                          Debtors

Case No. _____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **7287 W Fremont, Road, Blanchard, MI 49310 - unfinished house on 15 acres** | **Fee simple** | - | **75,000.00** | **204,650.22** |
| **2272 S Michigan, Saginaw, MI** | **Fee simple** | - | **2,500.00** | **7,589.35** |
| **Lot 17, Timberpointe Estate, Vassar, Tuscola County, MI a little less than an acre** | **Fee simple** | - | **12,000.00** | **7,200.81** |

| | | |
|---|---|---|
| Sub-Total > | **89,500.00** | (Total of this page) |
| Total > | **89,500.00** | |

                                               (Report also on Summary of Schedules)

**0**    continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                       Best Case Bankruptcy

In re   **Kathy Smith,**                                     Case No. _____

            **Theodore Visner**

                                          Debtors  ,

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand** | J | 25.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Isabella Bank** | W | 17.48 |
| | | | **TK Homes, LLC - Checking Account at Isabella Bank** | W | 33.38 |
| | | | **Isabella Community Credit Union -Checking Account** | W | 529.90 |
| | | | **Isabella Community Credit Union savings account** | W | 5.00 |
| | | | **VizBuilt - Checking Account at Chase** | W | 5.41 |
| | | | **VizBuilt, Inc - Savings account at Chase** | W | 25.00 |
| | | | **Step In Time - Checking account at Isabella Community Credit Union** | W | 1,439.06 |
| | | | **Step In Time Isabella Community Credit Union - Savings** | W | 5.00 |
| | | | **Checking account at Chase** | H | 5.00 |
| | | | **Isabella Community Credit Union - Husband's Savings Account** | H | 30.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Jointly owned with Spouse - Couch, table, television, dvd player, table with 4 chairs, 3 beds, 3 chests of drawers, radio, microwave, refrigerator, deep freezer, dishwasher, washer, dryer, stove, dishes, cookware, desk, chair, sewing machine, vacuum cleaner, iron, computer.**<br><br>**Location: 7287 W Fremont Road, Blanchard MI 49310** | J | 1,550.00 |

                                                      Sub-Total >         **3,670.23**

                                            (Total of this page)

___**4**___ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                            Best Case Bankruptcy

In re     **Kathy Smith,**                                                          Case No. _____

         **Theodore Visner**

                                                Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Jointly Owned with spouse - couch, 3 bookcases, 3 desks, 3 chairs, table, lamp, 3 radios, 3 televisions, stereo, dvd player, iphone, table with 6 chairs, lamp, silverware, 3 beds, 3 chairs, 2 dressers, chest of drawers, 2 desks, 3 mirrors, 2 firms, dvd player, computer, microwave, deep freezer, washing machine, dryer, dishes, cookware, 2 sewing machines, vacuum cleaner, iron, 2 air conditioning units, tools<br><br>Location: 829 East Walton, Mount Pleasant, MI | J | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 350 Books, 50 cds, 250 DVDs, Xbox, 1 broken Xbox, 50 xbox games, wii, 25 wii games, elephant collection - 30 items, coke collection, dish collection, 1 painting , lighter collection | J | 1,950.00 |
| 6. Wearing apparel. | | Necessary Wearing Apparel | J | 900.00 |
| 7. Furs and jewelry. | | Necklaces, Earrings, Bracelets, watches, rings, eyeglasses, wedding ring, 2 watches, glasses | J | 950.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Canon Powershot | W | 50.00 |
| | | Racketball Racket, Fishing Pole, 5 bicycles, baseball equipment, basketballs<br>Location: 7287 West Fremont, Blanchard MI 49310 | J | 65.00 |
| | | Beretta 9mm, Bereta 32, 12 Guage Shotgun, 2 rifles, Russian, 32 Rifle, 50 Cal Black Powder, 2 BB guns | H | 1,550.00 |
| | | Hunting Bow | H | 200.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance through Garden State Life Insurance - no cash surrender value | W | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

                                                      Sub-Total >         **8,165.00**
                                                  (Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                  Best Case Bankruptcy

In re   **Kathy Smith,**            Case No. _____
        **Theodore Visner**

                                       Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401k SERS Plan 3** | W | 7,979.70 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% owner, VizBuilt Inc - only asset are the tools, 16' haulmark utility trailer, 16' flatbed trailer (2003 US Cargo Trailer), 45' semi trailer (1979 Fruehauf)** | W | 11,000.00 |
| | | **Step In Time Children's Resale, LLC - no assets owned** | W | 0.00 |
| | | **TK Homes, LLC** | W | 0.00 |
| | | **TK Royalties, LLC - no assets** | W | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Law Suit against Pinnacle Capital Fund, LLC re wrongful foreclosure** | J | 560,000.00 |

Sub-Total >     578,979.70
(Total of this page)

Sheet  **2**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com           Best Case Bankruptcy

In re   **Kathy Smith,**              Case No. _____
        **Theodore Visner**

_____,
                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | DTE - DTE turned off the gas which froze out and flooded the house at 904 Kalamazoo. Expenses in Fixing the house went from $16,000 to $60,000 due to DTE's negligence. Debtors consulted attorneys, and estimated it would cost $25,000 to recover $70.000. Joint interest with Spouse | J | 70,000.00 |
| | | Prepaid rent at 829 E Walton, Mount Pleasant, MI from Ms. Sweet | W | 3,600.00 |
| | | Countrywide and Bank of America for loss of income, property value, loss of material, loss of use of property. Debtors think it is worth approximately $750,000, but unsure. | J | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Honda Pilot with over 126,000 miles | W | 10,660.00 |
| | | 2007 Chevrolet Silverado with over 60,000 miles | W | 28,000.00 |
| | | Riding Lawn Mower | H | 3,500.00 |
| 26. Boats, motors, and accessories. | | 1972 Mercury Cruisers - 19ft Boat - has a hole in the hull with trailer | H | 450.00 |
| | | 25 year old 14 Ft. Lund Boat with trailer | H | 500.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >    116,710.00
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

In re    **Kathy Smith,**                                      Case No. _____

           **Theodore Visner**

                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | | **Two Dogs** | J | **0.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Rakes, Shovels, Wheelbarrows, and miscellaneous yard equipment** | J | **300.00** |

|  |  |
|---|---|
| Sub-Total > | **300.00** |
| (Total of this page) | |
| Total > | **707,824.93** |

Sheet  \_\_**4**\_\_  of  \_\_**4**\_\_  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

In re   **Kathy Smith**                       Case No.            

                                     Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **7287 W Fremont, Road, Blanchard, MI 49310 - unfinished house on 15 acres** | **11 U.S.C. § 522(d)(1)** | **10,000.00** | **75,000.00** |
| **Cash on Hand** | | | |
| **Cash on Hand** | **11 U.S.C. § 522(d)(5)** | **12.50** | **25.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account at Isabella Bank** | **11 U.S.C. § 522(d)(5)** | **17.48** | **17.48** |
| **TK Homes, LLC - Checking Account at Isabella Bank** | **11 U.S.C. § 522(d)(5)** | **33.38** | **33.38** |
| **Isabella Community Credit Union -Checking Account** | **11 U.S.C. § 522(d)(5)** | **529.90** | **529.90** |
| **Isabella Community Credit Union savings account** | **11 U.S.C. § 522(d)(5)** | **5.00** | **5.00** |
| **VizBuilt - Checking Account at Chase** | **11 U.S.C. § 522(d)(5)** | **5.41** | **5.41** |
| **VizBuilt, Inc - Savings account at Chase** | **11 U.S.C. § 522(d)(5)** | **25.00** | **25.00** |
| **Step In Time - Checking account at Isabella Community Credit Union** | **11 U.S.C. § 522(d)(5)** | **1,439.06** | **1,439.06** |
| **Step In Time Isabella Community Credit Union - Savings** | **11 U.S.C. § 522(d)(5)** | **5.00** | **5.00** |
| **Household Goods and Furnishings** | | | |
| **Jointly owned with Spouse - Couch, table, television, dvd player, table with 4 chairs, 3 beds, 3 chests of drawers, radio, microwave, refrigerator, deep freezer, dishwasher, washer, dryer, stove, dishes, cookware, desk, chair, sewing machine, vacuum cleaner, iron, computer.** | **11 U.S.C. § 522(d)(3)** | **775.00** | **1,550.00** |
| **Location: 7287 W Fremont Road, Blanchard MI 49310** | | | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re   **Kathy Smith**                                                         Case No. _____

_____ ,

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Jointly Owned with spouse - couch, 3 bookcases, 3 desks, 3 chairs, table, lamp, 3 radios, 3 televisions, stereo, dvd player, iphone, table with 6 chairs, lamp, silverware, 3 beds, 3 chairs, 2 dressers, chest of drawers, 2 desks, 3 mirrors, 2 firms, dvd player, computer, microwave, deep freezer, washing machine, dryer, dishes, cookware, 2 sewing machines, vacuum cleaner, iron, 2 air conditioning units, tools<br><br>Location: 829 East Walton, Mount Pleasant, MI | 11 U.S.C. § 522(d)(3) | 1,250.00 | 2,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>350 Books, 50 cds, 250 DVDs, Xbox, 1 broken Xbox, 50 xbox games, wii, 25 wii games, elephant collection - 30 items, coke collection, dish collection, 1 painting , lighter collection | 11 U.S.C. § 522(d)(5) | 975.00 | 1,950.00 |
| **Wearing Apparel**<br>Necessary Wearing Apparel | 11 U.S.C. § 522(d)(3) | 450.00 | 900.00 |
| **Furs and Jewelry**<br>Necklaces, Earrings, Bracelets, watches, rings, eyeglasses, wedding ring, 2 watches, glasses | 11 U.S.C. § 522(d)(4) | 475.00 | 950.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>Canon Powershot | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| Racketball Racket, Fishing Pole, 5 bicycles, baseball equipment, basketballs<br>Location: 7287 West Fremont, Blanchard MI 49310 | 11 U.S.C. § 522(d)(5) | 32.50 | 65.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>401k SERS Plan 3 | 11 U.S.C. § 522(d)(12) | 7,979.70 | 7,979.70 |
| **Stock and Interests in Businesses**<br>100% owner, VizBuilt Inc - only asset are the tools, 16' haulmark utility trailer, 16' flatbed trailer (2003 US Cargo Trailer), 45' semi trailer (1979 Fruehauf) | 11 U.S.C. § 522(d)(6)<br>11 U.S.C. § 522(d)(5) | 2,175.00<br>8,825.00 | 11,000.00 |
| **Other Personal Property of Any Kind Not Already Listed**<br>Rakes, Shovels, Wheelbarrows, and miscellaneous yard equipment | 11 U.S.C. § 522(d)(5) | 19.77 | 300.00 |
| | Total: | 35,079.70 | 104,329.93 |

Sheet   **1**   of  **1**  continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re **Theodore Visner**                         Case No. _____

_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on Hand | 11 U.S.C. § 522(d)(5) | 12.50 | 25.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account at Chase | 11 U.S.C. § 522(d)(5) | 5.00 | 5.00 |
| Isabella Community Credit Union - Husband's Savings Account | 11 U.S.C. § 522(d)(5) | 30.00 | 30.00 |
| **Household Goods and Furnishings** | | | |
| Jointly owned with Spouse - Couch, table, television, dvd player, table with 4 chairs, 3 beds, 3 chests of drawers, radio, microwave, refrigerator, deep freezer, dishwasher, washer, dryer, stove, dishes, cookware, desk, chair, sewing machine, vacuum cleaner, iron, computer. | 11 U.S.C. § 522(d)(3) | 775.00 | 1,550.00 |
| Location: 7287 W Fremont Road, Blanchard MI 49310 | | | |
| Jointly Owned with spouse - couch, 3 bookcases, 3 desks, 3 chairs, table, lamp, 3 radios, 3 televisions, stereo, dvd player, iphone, table with 6 chairs, lamp, silverware, 3 beds, 3 chairs, 2 dressers, chest of drawers, 2 desks, 3 mirrors, 2 firms, dvd player, computer, microwave, deep freezer, washing machine, dryer, dishes, cookware, 2 sewing machines, vacuum cleaner, iron, 2 air conditioning units, tools | 11 U.S.C. § 522(d)(3) | 1,250.00 | 2,500.00 |
| Location: 829 East Walton, Mount Pleasant, MI | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| 350 Books, 50 cds, 250 DVDs, Xbox, 1 broken Xbox, 50 xbox games, wii, 25 wii games, elephant collection - 30 items, coke collection, dish collection, 1 painting , lighter collection | 11 U.S.C. § 522(d)(5) | 975.00 | 1,950.00 |
| **Wearing Apparel** | | | |
| Necessary Wearing Apparel | 11 U.S.C. § 522(d)(3) | 450.00 | 900.00 |
| **Furs and Jewelry** | | | |
| Necklaces, Earrings, Bracelets, watches, rings, eyeglasses, wedding ring, 2 watches, glasses | 11 U.S.C. § 522(d)(4) | 475.00 | 950.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Racketball Racket, Fishing Pole, 5 bicycles, baseball equipment, basketballs Location: 7287 West Fremont, Blanchard MI 49310 | 11 U.S.C. § 522(d)(5) | 32.50 | 65.00 |

__1__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re   **Theodore Visner**                      Case No. _____

_____,
                    Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Beretta 9mm, Bereta 32, 12 Guage Shotgun, 2 rifles, Russian, 32 Rifle, 50 Cal Black Powder, 2 BB guns** | **11 U.S.C. § 522(d)(5)** | **1,550.00** | **1,550.00** |
| **Hunting Bow** | **11 U.S.C. § 522(d)(5)** | **200.00** | **200.00** |
| **Other Contingent and Unliquidated Claims of Every Nature**<br>**DTE - DTE turned off the gas which froze out and flooded the house at 904 Kalamazoo. Expenses in Fixing the house went from $16,000 to $60,000 due to DTE's negligence. Debtors consulted attorneys, and estimated it would cost $25,000 to recover $70.000.  Joint interest with Spouse** | **11 U.S.C. § 522(d)(5)** | **7,889.77** | **70,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**Riding Lawn Mower** | **11 U.S.C. § 522(d)(2)**<br>**11 U.S.C. § 522(d)(5)** | **3,450.00**<br>**50.00** | **3,500.00** |
| **Boats, Motors and Accessories**<br>**1972 Mercury Cruisers - 19ft Boat - has a hole in the hull with trailer** | **11 U.S.C. § 522(d)(5)** | **450.00** | **450.00** |
| **25 year old 14 Ft. Lund Boat with trailer** | **11 U.S.C. § 522(d)(5)** | **500.00** | **500.00** |
| **Other Personal Property of Any Kind Not Already Listed**<br>**Rakes, Shovels, Wheelbarrows, and miscellaneous yard equipment** | **11 U.S.C. § 522(d)(5)** | **280.23** | **300.00** |
| | Total: | **18,375.00** | **84,475.00** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                            Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Kathy Smith,**                                             Case No. _____

           **Theodore Visner**

                                             Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7333** | | | 01/31/2004 | | | | | |
| **Creditor #: 1**<br>**Bank of America Home Loans**<br>**PO Box 650070**<br>**Dallas, TX 75265** | | - | **First Mortgage**<br><br>**7287 W Fremont, Road, Blanchard, MI 49310 - unfinished house on 15 acres** | | | | | |
| | | | Value $        **75,000.00** | | | | 184,759.99 | 109,759.99 |
| Account No. **xxxxx7397** | | | 01/31/2004 | | | | | |
| **Creditor #: 2**<br>**Bank of America Home Loans**<br>**PO Box 650070**<br>**Dallas, TX 75265** | | - | **Home Equity Loan**<br><br>**7287 W Fremont, Road, Blanchard, MI 49310 - unfinished house on 15 acres** | | | | | |
| | | | Value $        **75,000.00** | | | | 18,000.00 | 18,000.00 |
| Account No. **xxxx4-151** | | | **Weed Cutting** | | | | | |
| **Creditor #: 3**<br>**City of Saginaw**<br>**1315 S Washington Avenue**<br>**Saginaw, MI 48601** | | W | **2272 S Michigan, Saginaw, MI** | | | | | |
| | | | Value $        **2,500.00** | | | | 79.12 | 0.00 |
| Account No. **xx xxxx x0000** | | | 2009 | | | | | |
| **Creditor #: 4**<br>**City of Saginaw**<br>**1315 S Washington Ave**<br>**Saginaw, MI 48601** | | W | **Property Tax Lien**<br><br>**2272 S Michigan, Saginaw, MI** | | | | | |
| | | | Value $        **2,500.00** | | | | 146.43 | 0.00 |

  **2**  continuation sheets attached

                                        Subtotal                      202,985.54      127,759.99

                                  (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com              Best Case Bankruptcy

In re   **Kathy Smith,**
        **Theodore Visner**

Case No. _____

_____,
               Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **x-xx-x-xxxxx-x00-00** <br><br> Creditor #: 5 <br> **County of Saginaw** <br> **111 South Michigan Avenue** <br> **Saginaw, MI 48602** | | W | **2008-2009** <br><br> **Property Taxes** <br><br> **2272 S Michigan, Saginaw, MI** <br><br> Value $ 2,500.00 | | | | 7,363.80 | 5,089.35 |
| Account No. <br><br> Creditor #: 6 <br> **Isabella Community Credit Union** <br> **2400 S Isabella Road** <br> **PO Box 427** <br> **Mount Pleasant, MI 48804-0427** | | - | **2006** <br><br> **Vehicle Lien** <br><br> **2005 Honda Pilot with over 126,000 miles** <br><br> Value $ 10,660.00 | | | | 13,000.00 | 2,340.00 |
| Account No. **xxxxxx0-643** <br><br> Creditor #: 7 <br> **Isabella Community Credit Union** <br> **2400 S Isabella Road** <br> **PO Box 427** <br> **Mount Pleasant, MI 48804-0427** | | - | **2009** <br><br> **Purchase Money Security** <br><br> **2007 Chevrolet Silverado with over 60,000 miles** <br><br> Value $ 28,000.00 | | | | 28,000.00 | 0.00 |
| Account No. **xx-xxx-xx-x02-03** <br><br> Creditor #: 8 <br> **Isabella County Treasurer** <br> **200 North Main Street** <br> **Mount Pleasant, MI 48858** | | W | **Property Tax Lien** <br><br> **7287 W Fremont, Road, Blanchard, MI 49310 - unfinished house on 15 acres** <br><br> Value $ 75,000.00 | | | | 1,890.23 | 1,890.23 |
| Account No. **xxx0-013, xxx8-003, xxxx9-013** <br><br> Creditor #: 9 <br> **Timber Point Estates Condo Assoc** <br> **9078 Old Hickory Lane** <br> **Vassar, MI 48768** | | W | **2007-2010** <br><br> **Assessments** <br><br> **Lot 17, Timberpointe Estate, Vassar, Tuscola County, MI a little less than an acre** <br><br> Value $ 12,000.00 | | | | 3,125.79 | 0.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 53,379.82 | 9,319.58 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

In re **Kathy Smith,**        Case No. _____
       **Theodore Visner**

_____ ,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xot 17** | | | **Association Dues** | | | | | |
| Creditor #: 10 <br> **Timber Point Estates Condo Assoc** <br> **9078 Old Hickory Lane** <br> **Vassar, MI 48768** | | W | Lot 17, Timberpointe Estate, Vassar, Tuscola County, MI a little less than an acre | | | | | |
| | | | Value $      **12,000.00** | | | | **2,405.75** | **0.00** |
| Account No. **xxxxxxxxxx0000** | | | **Property Tax Lien** | | | | | |
| Creditor #: 11 <br> **Tuscola County Treasurer** <br> **440 N. State Street** <br> **Caro, MI 48723** | | W | Lot 17, Timberpointe Estate, Vassar, Tuscola County, MI a little less than an acre | | | | | |
| | | | Value $      **12,000.00** | | | | **121.77** | **0.00** |
| Account No. **xxx-xxx-xxx-xx00-00** | | | **2009 and 2008** <br><br> **Property Tax Lien** | | | | | |
| Creditor #: 12 <br> **Tuscola Township Treasurer** <br> **Shirley M Olson** <br> **7292 Frankenmuthy Road** <br> **Vassar, MI 48768** | | W | Lot 17, Timberpointe Estate, Vassar, Tuscola County, MI a little less than an acre | | | | | |
| | | | Value $      **12,000.00** | | | | **1,547.50** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet _**2**_ of _**2**_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal    **4,075.02**    **0.00**
(Total of this page)

Total    **260,440.38**    **137,079.57**
(Report on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

.

In re   **Kathy Smith,**                                                 Case No. _____

        **Theodore Visner**

_____,

                                 Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**6** continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                              Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kathy Smith,**
  **Theodore Visner**
Case No. _____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Domestic Support Obligations
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 1 Cynthia Hager 2890 Northeast 73rd Street Bremerton, WA 98311** | | H | **Child Support** | | | | **30,000.00** | **0.00** | **30,000.00** |
| Account No. **Washington State Support PO Box 9162 Olympia, WA 98507** | | | **Representing: Cynthia Hager** | | | | **Notice Only** | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page) | **30,000.00** | **0.00** | **30,000.00**

10-23064-dob   Doc 1   Filed 08/10/10   Entered 08/10/10 20:04:51   Page 20 of 61
Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Kathy Smith,**
   **Theodore Visner**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xx-xx4-025**<br>Creditor #: 2<br>**City of East Grand Rapids Treasurer**<br>**750 Lakeside Drive SE**<br>**East Grand Rapids, MI 49506-3092** | | W | **Property Taxes - 1647 Franklin St, SE** | | | | **157.69** | **0.00** | **157.69** |
| Account No. **xx-xx-xx-xx4-025**<br>Creditor #: 3<br>**City of East Grand Rapids Treasurer**<br>**750 Lakeside Drive SE**<br>**East Grand Rapids, MI 49506-3092** | | - | **Property Taxes** | | | | **5,406.60** | **0.00** | **5,406.60** |
| Account No. **xx-xx-xx-xx0-004**<br>Creditor #: 4<br>**City of Grand Rapids Treasurer**<br>**Room 220 City Hall**<br>**300 Monroe Avenue NW**<br>**Grand Rapids, MI 49503-2296** | | W | **Property Taxes** | | | | **1,859.11** | **1,815.80** | **43.31** |
| Account No. **xx-xx-xx-xx7-002**<br>Creditor #: 5<br>**City of Grand Rapids Treasurer**<br>**Room 220 City Hall**<br>**300 Monroe Avenue NW**<br>**Grand Rapids, MI 49503-2296** | | W | **Property Taxes** | | | | **2,297.45** | **0.00** | **2,297.45** |
| Account No. **xx-xx-xx-xx7-002**<br>Creditor #: 6<br>**City of Grand Rapids Treasurer**<br>**Room 220 City Hall**<br>**300 Monroe Avenue NW**<br>**Grand Rapids, MI 49503-2296** | | W | **TK Homes, LLC taxes** | | | | **435.48** | **0.00** | **435.48** |

Sheet __2__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal **1,815.80**
(Total of this page) **10,156.33** **8,340.53**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re   **Kathy Smith,**                               Case No. _____
           **Theodore Visner**

                                  ,
                         Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xx-xx7-002** Creditor #: 7 City of Grand Rapids Treasurer Room 220 City Hall 300 Monroe Avenue NW Grand Rapids, MI 49503-2296 | | W | TK Homes, LLC Taxes for 904 Kalamazoo | | | | 1,663.86 | 0.00 / 1,663.86 |
| Account No. **xx-xxx-xxx89-00** Creditor #: 8 City of Mt. Pleasant PO Box 503 Mount Pleasant, MI 48858-0503 | | W | 2010 Step In Time - Personal Property Tax | | | | 60.55 | 0.00 / 60.55 |
| Account No. **xx-xxx6716** Creditor #: 9 Internal Revenue Service Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114 | | W | 2008 2008 944 Taxes for VizBuilt, Inc | | | | 1,700.00 | 0.00 / 1,700.00 |
| Account No. **xx-xx8803** Creditor #: 10 Internal Revenue Service Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114 | | W | 04/10-06/10 2nd Quarter Form 941 for Step in Time | | | | 416.04 | 0.00 / 416.04 |
| Account No. **xx-xxx8803** Creditor #: 11 Internal Revenue Service Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114 | | W | 07/2010-09/2010 3rd Quarter Form 941 - Step in Time | | | | 86.40 | 0.00 / 86.40 |

Sheet __3__ of __6__ continuation sheets attached to                Subtotal    0.00
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)    3,926.85    3,926.85

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                  Best Case Bankruptcy

In re **Kathy Smith,**
     **Theodore Visner**
                                          , Debtors

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **7592** <br><br> **Creditor #: 12** <br> **Internal Revenue Service** <br> **Centralized Insolvency Operations** <br> **PO Box 21126** <br> **Philadelphia, PA 19114** | | J | **2008** <br><br> **2008 Personal Income Taxes** | | | | **Unknown** | **Unknown** | **Unknown** |
| Account No. **7592** <br><br> **Creditor #: 13** <br> **Internal Revenue Service** <br> **Centralized Insolvency Operations** <br> **PO Bo 21126** <br> **Philadelphia, PA 19114** | | W | **2009** <br><br> **2009 Personal Federal Income Taxes** | | | | **Unknown** | **Unknown** | **Unknown** |
| Account No. **xx-xx-xx-xx7-002** <br><br> **Creditor #: 14** <br> **Kent County** <br> **Kenneth D Parrish** <br> **PO Box Y** <br> **Grand Rapids, MI 49501** | | - | **Taxes for TK Homes, LLC** | | | | **1,853.10** | **0.00** | **1,853.10** |
| Account No. **xx-xx-xx-xx0-004** <br><br> **Creditor #: 15** <br> **Kent County** <br> **Kenneth D Parrish** <br> **PO Box Y** <br> **Grand Rapids, MI 49501** | | W | **Property Taxes** | | | | **2,163.61** | **0.00** | **2,163.61** |
| Account No. **xx-xxx8803** <br><br> **Creditor #: 16** <br> **Michigan Department of Treasury** <br> **Attn: Bankruptcy Department** <br> **PO Box 30158** <br> **Lansing, MI 48909** | | W | **04/2010** <br><br> **April Sales Tax - Step In Time** | | | | **123.40** | **0.00** | **123.40** |

Sheet __4__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | **0.00** |
| (Total of this page) | **4,140.11** | **4,140.11** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                 Best Case Bankruptcy

In re **Kathy Smith,**                Case No. _____
       **Theodore Visner**

                                        ,
                             Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. xx-xxx8803 <br> **Creditor #: 17** <br> **Michigan Department of Treasury** <br> **Attn: Bankruptcy Department** <br> **PO Box 30158** <br> **Lansing, MI 48909** | | W | | 05/2010 <br><br> **May Sales Tax for Step In Time** | | | | **59.49** | **0.00** | **59.49** |
| Account No. xx-xxx8803 <br> **Creditor #: 18** <br> **Michigan Department of Treasury** <br> **Attn: Bankruptcy Department** <br> **PO Box 30158** <br> **Lansing, MI 48909** | | W | | 06/2010 <br><br> **June Sales Tax - Step In Time** | | | | **96.79** | **0.00** | **96.79** |
| Account No. xx-xxx8803 <br> **Creditor #: 19** <br> **Michigan Department of Treasury** <br> **Attn: Bankruptcy Department** <br> **PO Box 30158** <br> **Lansing, MI 48909** | | W | | 07/2010 <br><br> **July Sales Tax - Step in Time** | | | | **251.55** | **0.00** | **251.55** |
| Account No. 7592 <br> **Creditor #: 20** <br> **Michigan Department of Treasury** <br> **Attn: Bankruptcy Department** <br> **PO Box 30158** <br> **Lansing, MI 48909** | | J | | 2008 <br><br> **2008 State Return** | | | | **Unknown** | **Unknown** | **Unknown** |
| Account No. 7592 <br> **Creditor #: 21** <br> **Michigan Department of Treasury** <br> **Attn: Bankruptcy Department** <br> **PO Box 30158** <br> **Lansing, MI 48909** | | J | | 2009 <br><br> **2009 State Return** | | | | **Unknown** | **Unknown** | **Unknown** |

Sheet _5_ of _6_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | **407.83** | **407.83** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re **Kathy Smith,**                                     Case No. _____

        **Theodore Visner**

                                                       ,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx1414** | | | 04/10-06/10 | | | | | | |
| Creditor #: 22 State of Michigan Unemployment Insurance Agency Benefit Overpayment Collection Unit Po Box 9045 Detroit, MI 48202-9045 | | W | Unemployment Payroll Taxes for Step-In-Time | | | | | 0.00 | |
| | | | | | | | 71.15 | | 71.15 |
| Account No. **xxx1414** | | | 07/2010-09/2010 | | | | | | |
| Creditor #: 23 State of Michigan Unemployment Insurance Agency PO Box 9045 Detroit, MI 48202-9045 | | W | 3rd Quarter Unemployment Payroll Taxes - Step in Time | | | | | 0.00 | |
| | | | | | | | 14.19 | | 14.19 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet **6** of **6** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 | |
| | | 85.34 | 85.34 |
| | Total (Report on Summary of Schedules) | 1,815.80 | |
| | | 48,716.46 | 46,900.66 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

In re **Kathy Smith,**                                     Case No. _____

        **Theodore Visner**

_____,

                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-4888 <br><br> **Creditor #: 1** <br> **Ameriquest** <br> **HSBC** <br> **PO Box 5241** <br> **Carol Stream, IL 60197-5241** | | W | **2005-2010** <br> **Credit Card** | | | | 754.76 |
| Account No. <br><br> **Enhanced Recovery Corp** <br> **332 South Michigan Ave, Suite 600** <br> **Chicago, IL 60604** | | | **Representing:** <br> **Ameriquest** | | | | **Notice Only** |
| Account No. xxx4123 <br><br> **Creditor #: 2** <br> **Boston Square Lock & Key** <br> **1625 Kalamazoo Ave** <br> **Grand Rapids, MI 49507** | | W | **Lock Change for VizBuilt** | | | | 53.18 |
| Account No. xxxx-xxxx-xxxx-2814 <br><br> **Creditor #: 3** <br> **Capital One** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130-0285** | | - | **2005-2010** <br> **Credit Card** | | | | 1,596.59 |

  __16__   continuation sheets attached

                                         Subtotal         **2,404.53**
                                   (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                  S/N:36556-100802   Best Case Bankruptcy

In re **Kathy Smith,**                                                        Case No. _____

           **Theodore Visner**

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Client Services Inc**<br>**3451 Harry Truman Blvd**<br>**Saint Charles, MO 63301-4047** | | | **Representing:**<br>**Capital One** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-5354**<br>**Creditor #: 4**<br>**Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | W | **2005-2010**<br>**Credit Card** | | | | **1,701.94** |
| Account No.<br><br>**William W. Siegel & Associates**<br>**3451 Harry Truman Blvd**<br>**Saint Charles, MO 63301-4047** | | | **Representing:**<br>**Capital One** | | | | **Notice Only** |
| Account No.<br>**Creditor #: 5**<br>**Cascade Immediate Care Center**<br>**6460 28th Street SE**<br>**Grand Rapids, MI 49546** | | J | **Medical Bill** | | | | **115.00** |
| Account No.<br><br>**Money Recovery Nationwide**<br>**PO Box 13129**<br>**Lansing, MI 48901-3129** | | | **Representing:**<br>**Cascade Immediate Care Center** | | | | **Notice Only** |

Sheet no. __1__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,816.94**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kathy Smith,**
       **Theodore Visner**
                                                                    Case No. _____

                                                          ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6-005**<br>**Creditor #: 6**<br>**Centennial Wireless**<br>**PO Box 9001094**<br>**Louisville, KY 40290-1094** | | W | **Cell Phone** | | | | 523.58 |
| Account No.<br>**Creditor #: 7**<br>**Center Key, LLC**<br>**Jon and Kellie Frazier**<br>**PO Box 337**<br>**Buchanan, MI 49107** | | J | **06/2008**<br>**TK Homes** | | | | 22,000.00 |
| Account No. **xxxxxxxx0268**<br>**Creditor #: 8**<br>**Central Michigan Community Hospital**<br>**1221 South Drive**<br>**Mount Pleasant, MI 48858** | | W | **Medical Bill** | | | | 212.35 |
| Account No.<br>**CBC Credit Services**<br>**215 S Main Street**<br>**PO Box 445**<br>**Mount Pleasant, MI 48804-0445** | | | **Representing:**<br>**Central Michigan Community Hospital** | | | | **Notice Only** |
| Account No. **xxxxxxx7653**<br>**Creditor #: 9**<br>**Central Michigan Community Hospital**<br>**1221 South Drive**<br>**Mount Pleasant, MI 48858** | | W | **Medical Bill** | | | | 945.00 |

Sheet no. __2__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       23,680.93

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kathy Smith,**     Case No. _____
       **Theodore Visner**

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CBC Credit Services**<br>**215 S Main Street**<br>**PO Box 445**<br>**Mount Pleasant, MI 48804-0445** | | | **Representing:**<br>**Central Michigan Community Hospital** | | | | **Notice Only** |
| Account No. **xxxxxxxx0086**<br>**Creditor #: 10**<br>**Central Michigan Community Hospital**<br>**1221 South Drive**<br>**Mount Pleasant, MI 48858** | | W | **Medical Bill** | | | | **53.58** |
| Account No.<br><br>**CBC Credit Services**<br>**215 S Main Street**<br>**PO Box 445**<br>**Mount Pleasant, MI 48804-0445** | | | **Representing:**<br>**Central Michigan Community Hospital** | | | | **Notice Only** |
| Account No. **xxxxxxxx0013**<br>**Creditor #: 11**<br>**Central Michigan Community Hospital**<br>**1221 South Drive**<br>**Mount Pleasant, MI 48858** | | W | **Medical Bill** | | | | **235.75** |
| Account No.<br><br>**CBC Credit Services**<br>**215 S Main Street**<br>**PO Box 445**<br>**Mount Pleasant, MI 48804-0445** | | | **Representing:**<br>**Central Michigan Community Hospital** | | | | **Notice Only** |

Sheet no. **3** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **289.33**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

In re **Kathy Smith,**
**Theodore Visner**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxxxxxxxx1077 | | | | Medical Bill | | | | |
| Creditor #: 12 Central Michigan Community Hospital 1221 South Drive Mount Pleasant, MI 48858 | | H | | | | | | 106.32 |
| Account No. | | | | | | | | |
| CBC Credit Services 215 S Main Street PO Box 445 Mount Pleasant, MI 48804-0445 | | | | Representing: Central Michigan Community Hospital | | | | Notice Only |
| Account No. xxxx-xxxx-xxxx-1241 | | | | Credit Card | | | | |
| Creditor #: 13 Chase PO Box 15298 Wilmington, DE 19850-5298 | | H | | | | | | 5,218.90 |
| Account No. | | | | | | | | |
| LTD Financial Services 7322 Southwest Freeway, Suite 1600 Houston, TX 77074 | | | | Representing: Chase | | | | Notice Only |
| Account No. xxxxx6465 | | | | 11/24/2008 Foreclosed house at 1432 Kalamazoo Avenue, Balance dependent on amount left after foreclosure sale | X | X | | |
| Creditor #: 14 Chemical Bank PO Box 100 Bay City, MI 48707-0100 | | W | | | | | | 72,000.00 |

Sheet no. __4__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

77,325.22

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re **Kathy Smith,**  
**Theodore Visner**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx8020 <br> Creditor #: 15 <br> City of East Grand Rapids Treasurer <br> 750 Lakeside Drive SE <br> East Grand Rapids, MI 49506-3092 | | W | Water & Sewer for 1647 Franklin | | | | 376.84 |
| Account No. 220A, 7214, 322A <br> Creditor #: 16 <br> City of Grand Rapids <br> Neighborhood Improvement Nusiance <br> Room 220 City Hall <br> 300 Monroe Ave NW <br> Grand Rapids, MI 49503-2296 | | W | Water and Sewer for 904/906 Kalamazoo, 2272 S Michigan, 1432 Kalamazoo | | | | 450.95 |
| Account No. xx-xx-xx-xxx-xxxxxx-0788 <br> Creditor #: 17 <br> City of Grand Rapids Treasurer <br> Room 220 City Hall <br> 300 Monroe Avenue NW <br> Grand Rapids, MI 49503-2296 | | W | Monitor Fee | | | | 187.00 |
| Account No. xxx3540 <br> Creditor #: 18 <br> CMCH Emergency Physicians, PC <br> PO Box 475 <br> Saint Johns, MI 48879 | | W | Medical Bill | | | | 317.00 |
| Account No. xxx6972 <br> Creditor #: 19 <br> CMCH Emergency Physicians, PC <br> PO Box 475 <br> Saint Johns, MI 48879 | | W | Medical Bill | | | | 292.00 |

Sheet no. __5__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,623.79**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com Best Case Bankruptcy

In re    **Kathy Smith,**
         **Theodore Visner**                                    Case No. _____

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Multiple**<br><br>**Creditor #: 20**<br>**Consumers Energy**<br>**Lansing, MI 48937-0001** | | W | Step In Time and Debtors | | | | 926.71 |
| Account No. **102**<br><br>**Creditor #: 21**<br>**Creative Graphics**<br>**430 N Mechanic Street**<br>**Jackson, MI 49201** | | W | Advertising for Step In Time Children's Resale | | | | 189.50 |
| Account No. **xx-xxxxxx-xxxxxx03-00**<br><br>**Creditor #: 22**<br>**Credit Protection Association, LP**<br>**13355 Noel Road**<br>**Dallas, TX 75240** | | H | Collecting for comcast | | | | 387.38 |
| Account No. **xxxxxxxxxx+xxxxx3059**<br><br>**Creditor #: 23**<br>**Dell Financial Services**<br>**c/o DFS Customer Care Dept.**<br>**PO Box 81577**<br>**Austin, TX 78708-1577** | | H | Dell Preferred Account | | | | 2,823.24 |
| Account No. **xB001**<br><br>**Creditor #: 24**<br>**Dewitt Lumber Co**<br>**725 Spring Street**<br>**Blanchard, MI 49310** | | W | Lumber | | | | 15,812.38 |

Sheet no. __6__ of __16__ sheets attached to Schedule of                 Subtotal        **20,139.21**
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                      Best Case Bankruptcy

In re **Kathy Smith,**      Case No. _____

        **Theodore Visner**

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | Representing: | | | | |
| **Haller Harlan & Taylor** **5085 W Park Blvd, Suite 150** **Plano, TX 75093** | | | **Dewitt Lumber Co** | | | | **Notice Only** |
| Account No. **xx3823** | | | Medical Bill | | | | |
| **Creditor #: 25** **Diagnos-Techs, Inc** **6620 So 192nd Pl, J-104** **Kent, WA 98032** | | W | | | | | **74.60** |
| Account No. **xxxx-xxxx-xxxx-9850** | | | **2005-2010** **Credit Card** | | | | |
| **Creditor #: 26** **Direct Rewards** **HSBC** **PO Box 5222** **Carol Stream, IL 60197-5222** | | W | | | | | **3,357.30** |
| Account No. | | | Representing: | | | | |
| **Malcolm S Gerald And Associates** **PO Box 60578** **Los Angeles, CA 90060-0578** | | | **Direct Rewards** | | | | **Notice Only** |
| Account No. | | | Personal Loan | | | | |
| **Creditor #: 27** **Dream Key Design/Dream Key Design Academ** **2120 E Remus Road** **Mount Pleasant, MI 48858** | | W | | | | | **40,000.00** |

Sheet no. __7__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**43,431.90**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

In re    **Kathy Smith,**                                       Case No. _____

           **Theodore Visner**

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Howell Breast Care** <br> **1201 South Drive** <br> **Mount Pleasant, MI 48858** | | | Representing: <br> Dream Key Design/Dream Key Design Academ | | | | **Notice Only** |
| Account No. <br><br> **Sandra L. Howell, MD** <br> **1201 South Drive** <br> **Mount Pleasant, MI 48858** | | | Representing: <br> Dream Key Design/Dream Key Design Academ | | | | **Notice Only** |
| Account No. <br><br> **Sandy Howell** <br> **31 W Taylor Road** <br> **Mount Pleasant, MI 48858** | | | Representing: <br> Dream Key Design/Dream Key Design Academ | | | | **Notice Only** |
| Account No. **Multiple Accounts** <br> **Creditor #: 28** <br> **DTE Energy** <br> **2000 2nd Ave** <br> **Detroit, MI 48226-1279** | | J | Utilities for Step in Time, TK Homes, VisBuilt, Inc and Debtors | | | | **1,294.92** |
| Account No. <br><br> **DTE Energy** <br> **3200 Hobson Street** <br> **Detroit, MI 48201** | | | Representing: <br> DTE Energy | | | | **Notice Only** |

Sheet no. \_\_**8**\_\_ of \_\_**16**\_\_ sheets attached to Schedule of             Subtotal

Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)      **1,294.92**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re   **Kathy Smith,**                                         Case No. _____
         **Theodore Visner**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No. xx859-1** <br><br> **Creditor #: 29** <br> **F & S Radiology Inc** <br> **Patient Financial Services Dept** <br> **PO Box 1512** <br> **Knoxville, TN 37901-1512** | | W | | Medical Bill | | | | 129.61 |
| **Account No.** <br><br> **Revenue Recovery Corporation** <br> **PO Box 2698** <br> **Knoxville, TN 37901-2698** | | | | Representing: <br> **F & S Radiology Inc** | | | | **Notice Only** |
| **Account No. xxxx-xxxx-xxxx-0077** <br><br> **Creditor #: 30** <br> **First Premier Bank** <br> **PO Box 5524** <br> **Sioux Falls, SD 57117-5524** | | W | | 2005-2010 <br> Credit Card | | | | 487.85 |
| **Account No. xxxxxx7000** <br><br> **Creditor #: 31** <br> **Frankenmuth Insurance** <br> **FMIC** <br> **One Mutual Avenue** <br> **Frankenmuth, MI 48787-0001** | | H | | Insurance for 906 Kalamzoo | | | | 222.00 |
| **Account No.** <br><br> **Creditor #: 32** <br> **Freman Propane, LLC** <br> **7150 Edgar Road** <br> **Vestaburg, MI 48891** | | W | | Propane | | | | 853.94 |

Sheet no. \_\_**9**\_\_ of \_\_**16**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **1,693.40**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re **Kathy Smith,**                Case No. _____

       **Theodore Visner**

_____ ,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 33** <br> **Gilmore Collection** <br> **20 Monroe Avenue NW** <br> **Grand Rapids, MI 49503** | | W | | | | | 44,000.00 |
| Account No. **xxxx5801** <br> **Creditor #: 34** <br> **Homeworks** <br> **Tri-County Electric** <br> **7973 E Grand River** <br> **Portland, MI 48875** | | W | Utility for 829 E Walton, Mount Pleasant, MI | | | | 113.06 |
| Account No. **xxx3696** <br> **Creditor #: 35** <br> **Isabella Bank** <br> **PO Box 100** <br> **Mount Pleasant, MI 48858-0100** | | W | 11/25/2009 <br> Foreclosed House at 904 Kalamazoo, Grand Rapids, MI | X | X | | 32,000.00 |
| Account No. <br> **Creditor #: 36** <br> **Jay Lawrence** <br> **1553 Dopyle Trail** <br> **Roscommon, MI 48653** | | W | Investment | | | | 12,000.00 |
| Account No. **xxxxx4359** <br> **Creditor #: 37** <br> **JC Penney** <br> **GE Money Bank** <br> **Attn: Bankruptcy Department** <br> **PO Box 103104** <br> **Roswell, GA 30076** | | H | Credit Card | | | | 632.56 |

Sheet no. __10__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      88,745.62

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com       Best Case Bankruptcy

In re **Kathy Smith,**                           Case No. _____

        **Theodore Visner**

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** | | | | | Representing: | | | | |
| **Advanced Call Center Technologies, LLC** **PO Box 9091** **Johnson City, TN 37615-9091** | | | | | **JC Penney** | | | | **Notice Only** |
| **Account No.** | | | | | Legal Services re 904 Kalamazoo | | | | |
| **Creditor #: 38** **Jeffrey R Portko** **Advocate Law Offices** **1444 Michigan Street NE** **Grand Rapids, MI 49503** | | W | | | | | | | **1,000.00** |
| **Account No. xxxx xxx 1647** | | | | | Plumbing | | | | |
| **Creditor #: 39** **Jenkins Plumbing & Heating** **1428 West Remus Road** **Mount Pleasant, MI 48858** | | W | | | | | | | **1,165.76** |
| **Account No. xxxx-xxxx-xxxx-8151** | | | | | 2005-2010 Credit Card | | | | |
| **Creditor #: 40** **Juniper** **PO Box 8802** **Wilmington, DE 19899-8802** | | W | | | | | | | **1,110.54** |
| **Account No.** | | | | | Representing: | | | | |
| **MRS Associates, Inc** **7 Penn Plaza, Suite 1500** **New York, NY 10001-3995** | | | | | **Juniper** | | | | **Notice Only** |

Sheet no. __11__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **3,276.30**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kathy Smith,**　　　　　　　　　　　　　　Case No. _____
　　　**Theodore Visner**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-9742** | | | 2005-2010 Credit Card | | | | |
| **Creditor #: 41 Lowe's GE Money Bank Attn: Bankruptcy Department PO Box 103104 Roswell, GA 30076** | | W | | | | | 1,820.94 |
| Account No. | | | Representing: Lowe's | | | | |
| **Midland Credit Management PO Box 60578 Los Angeles, CA 90060-0578** | | | | | | | Notice Only |
| Account No. | | | Personal Loan | | | | |
| **Creditor #: 42 Lyle Stephens 2415 Aurelius Road Holt, MI 48842** | | W | | | | | 24,000.00 |
| Account No. | | | Representing: Lyle Stephens | | | | |
| **Lyle Stephens 130 Breakers Ct. Apt. 143 Punta Gorda, FL 33950** | | | | | | | Notice Only |
| Account No. | | | Personal Loan | | | | |
| **Creditor #: 43 Margaret Faye Adams 112 E Walton Road Mount Pleasant, MI 48858** | | W | | | | | 1,000.00 |

Sheet no. __12__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　**26,820.94**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　Best Case Bankruptcy

In re   **Kathy Smith,**
        **Theodore Visner**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 44** <br> **Michael Goetzinger** <br> **3925 W Jefferson Road** <br> **Alma, MI 48801** | - | | Investment | | | | **22,000.00** |
| Account No. **xx-xx83-CK** <br> **Creditor #: 45** <br> **Michael Shepard** <br> **100 Ozark Road** <br> **Moran, MI 49760** | X | J | 06/10/2009 <br> Judgment | | | | **33,011.31** |
| Account No. <br> **Paul Brewster** <br> **Lewinski & Brewster** <br> **PO Box 708** <br> **111 Ashmun Street** <br> **Sault Sainte Marie, MI 49783** | | | **Representing:** <br> **Michael Shepard** | | | | **Notice Only** |
| Account No. **1039** <br> **Creditor #: 46** <br> **O'Neill Plumbing** <br> **911 E Evergreen Street** <br> **Greenville, MI 48838** | | W | TK Homes, LLC | | | | **720.00** |
| Account No. **xxxx-xxxx-xxxx-2063** <br> **Creditor #: 47** <br> **Orchard Bank Gold** <br> **HSBC Card Services** <br> **PO Box 80084** <br> **Salinas, CA 93912-0084** | | W | 2005-2010 <br> Credit Card | | | | **413.75** |

Sheet no. __**13**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**56,145.06**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re  **Kathy Smith,**           Case No. _____

       **Theodore Visner**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxx2209<br><br>**Creditor #: 48**<br>**Pinnacle Capital Fund**<br>**1960 28th Street SE, Suite C**<br>**Grand Rapids, MI 49508** | | W | | | **02/2009**<br>**Foreclosed property at 1647 Franklin, Grand Rapids, MI** | X | X | X | 125,000.00 |
| Account No.<br><br>**Creditor #: 49**<br>**Pleasant Plaza, Inc**<br>**Steve Bigard**<br>**5580 Venture Way**<br>**Mount Pleasant, MI 48858** | | W | | | **Commercial Lease for Step In Time** | X | | X | 40,000.00 |
| Account No. xxxxxx0971<br><br>**Creditor #: 50**<br>**RMCB Retrieval - Master Creditors Bureau**<br>**2269 S Saw Mill River Road Bldg 3**<br>**Elmsford, NY 10523** | | W | | | **Advertising for TK Royalties, LLC** | | | | 29.85 |
| Account No. xxxxxxx1000<br><br>**Creditor #: 51**<br>**Santander Consumer**<br>**PO Box 660633**<br>**Dallas, TX 75266-0633** | | W | | | **Unsecured Loan for Honda Pilot, Debtor believes it is paid in full** | | | X | 1,433.91 |
| Account No.<br><br>**Creditor #: 52**<br>**Shelly Sweet and Robert**<br>**8533 E Baseline Road**<br>**Mount Pleasant, MI 48858** | | - | | | **July/August Rent, etc** | | | X | 5,000.00 |

Sheet no. __14__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal
       (Total of this page)      **171,463.76**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re **Kathy Smith,**　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　**Theodore Visner**

_____,
　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Creditor #: 53**<br>**Steve Bowyer**<br>**965 Thornapple River Drive**<br>**Ada, MI 49301** | | J | | Loan | | | | 44,000.00 |
| Account No. **xxxxx2139** <br><br>**Creditor #: 54**<br>**Travelers Service Center**<br>**PO Box 1515**<br>**Spokane, WA 99210-1515** | | W | | Insurance | | | | 669.80 |
| Account No. <br><br>**Creditor #: 55**<br>**Varnum**<br>**Bridgewater Place**<br>**PO Box 352**<br>**Grand Rapids, MI 49501-0352** | | J | | Legal Services re 1647 Franklin | | | | 3,000.00 |
| Account No. **xx xxxx xxxxxxx27 08** <br><br>**Creditor #: 56**<br>**Verizon**<br>**PO Box 9688**<br>**Mission Hills, CA 91346-9688** | | W | | Phone Bill | | | | 5.26 |
| Account No. <br><br>**I C System Inc**<br>**PO Box 64380**<br>**Saint Paul, MN 55164** | | | | Representing:<br>**Verizon** | | | | **Notice Only** |

Sheet no. __**15**__ of __**16**__ sheets attached to Schedule of　　　　　　Subtotal　　　　| 47,675.06 |
Creditors Holding Unsecured Nonpriority Claims　　　　　　　(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　　　　　　Best Case Bankruptcy

In re    **Kathy Smith,**                  Case No. _____
          **Theodore Visner**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T | U N L I Q | D I S P | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 57<br>**Creditor #: 57**<br>**Verizon**<br>**777 Big Timber Road**<br>**Elgin, IL 60123** | | W | **VizBuilt Phone Bill** | | | | 78.81 |
| Account No.<br>**AFNI**<br>**404 Brock Drive**<br>**PO Box 3517**<br>**Bloomington, IL 61702-3517** | | | Representing:<br>Verizon | | | | Notice Only |
| Account No.<br>**Solomon & Solomon PC**<br>**PO Box 15019**<br>**Albany, NY 12212-5019** | | | Representing:<br>Verizon | | | | Notice Only |
| Account No. xxx-xxx-7772<br>**Creditor #: 58**<br>**Verizon North**<br>**PO Box 920041**<br>**Dallas, TX 75392-0041** | | W | **Phone for Step In Time Children's Resale** | | | | 260.21 |
| Account No. 9557, 2741, 3128, 3127, 3126,<br>**Creditor #: 59**<br>**William E Cain, CPA, PC**<br>**210 Court Street, Suite D**<br>**Mount Pleasant, MI 48858** | | J | **Accounting Services for Debtors, Seattle Commerce Inc, Visnet Internet Services Inc, Visner Enterprises, Visner Builders NW, Inc, VizBuilt, Inc** | | | | 7,232.01 |

Sheet no. **16** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    7,571.03

Total (Report on Summary of Schedules)    575,397.94

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Kathy Smith,**                                Case No. _____

           **Theodore Visner**

_____,

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Pleasant Plaza**<br>**Steven D. Bigard**<br>**5580 Venture Way**<br>**Mount Pleasant, MI 48858** | **Commercial Lease for 1227 N Mission St, Mount Pleasant, MI 48858, for Step In Time. Monthly Payments of $1,250.00 per month and expires 05/31/2012** |
| **Shelly Sweet and Robert**<br>**8533 E Baseline Road**<br>**Mount Pleasant, MI 48858** | **Month to Month Lease with Email documentation of a Lease with Purchase option which was to be for 18 months starting 12/2009 until 08/2011, at $850 per month until July 2010 when it was to go down to $800 per month, with $450 per month to be counted toward the down payment of the home. Landlord already broke agreement by deciding to sell home and has already accepted purchase offer.** |

**0**

In re    **Kathy Smith,**
       **Theodore Visner**

Case No. _____

_____,
            Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Vizbuilt, Inc** | **Michael Shepard**<br>**100 Ozark Road**<br>**Moran, MI 49760** |

**0**
    continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com       Best Case Bankruptcy

In re **Kathy Smith**
**Theodore Visner**                                          Case No. _____

                            Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,184.00 |
| a. Are real estate taxes included? Yes ____ No **X** | | |
| b. Is property insurance included? Yes ____ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 250.00 |
| b. Water and sewer | | $ 0.00 |
| c. Telephone | | $ 100.00 |
| d. Other **Garbage Removal** | | $ 75.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 50.00 |
| 4. Food | | $ 220.00 |
| 5. Clothing | | $ 50.00 |
| 6. Laundry and dry cleaning | | $ 45.00 |
| 7. Medical and dental expenses | | $ 200.00 |
| 8. Transportation (not including car payments) | | $ 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 25.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 28.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 183.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 559.25 |
| b. Other **ICCU - Honda** | | $ 212.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 400.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other **Cigarettes** | | $ 300.00 |
| Other | | $ 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 4,331.25 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | | $ 1,690.00 |
| b. Average monthly expenses from Line 18 above | | $ 4,331.25 |
| c. Monthly net income (a. minus b.) | | $ -2,641.25 |

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Kathy Smith**
**Theodore Visner**

Debtor(s)

Case No.

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**43**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **August 10, 2010**          Signature:    **/s/ Kathy Smith**

Debtor

Date    **August 10, 2010**          Signature:    **/s/ Theodore Visner**

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the ____ [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date    _____          Signature:    _____

[Print or type name of individual signing on behalf of debtor]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Kathy Smith**
**Theodore Visner**

Case No. _____

Debtor(s)

Chapter **7**

## STATEMENT OF ATTORNEY FOR DEBTOR(S)
## PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

   [ **X** ]    **FLAT FEE**

   A.    For legal services rendered in contemplation of and in connection with this case,
   exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **900.00**

   B.    Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. **0.00**

   C.    The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **900.00**

   [ ]    **RETAINER**

   A.    Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

   B.    The undersigned shall bill against the retainer at an hourly rate of $____. [Or attach firm hourly rate schedule.]  Debtor(s)
   have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ **299.00** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:  [Cross out any
   that do not apply.]

   A.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in
   bankruptcy;

   B.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   C.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   D.    ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

   E.    Reaffirmations;

   F.    Redemptions;

   G.    Other:

   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
   reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
   522(f)(2)(A) for avoidance of liens on household goods.**

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay
   actions or any other adversary proceeding.**

6. The source of payments to the undersigned was from:

   A.    **XX**    Debtor(s)' earnings, wages, compensation for services performed

   B.    _____    Other (describe, including the identity of payor)

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or
   corporation, any compensation paid or to be paid except as follows:
   **If I need to hire an attorney to cover a hearing I will pay them their customary rate**

Dated: **August 10, 2010**

/s/ **Lesley A. Hoenig**
Attorney for the Debtor(s)
**Lesley A. Hoenig P71763**
**Lesley A. Hoenig, Attorney at Law**
**300 South University Avenue**
**Mount Pleasant, MI 48858**
**(989) 773-0900 lesley.hoenig@gmail.com**

Agreed:    /s/ **Kathy Smith**
**Kathy Smith**
Debtor

/s/ **Theodore Visner**
**Theodore Visner**
Debtor

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Eastern District of Michigan

In re    **Kathy Smith**
            **Theodore Visner**                                      Case No. _____
                                         Debtor(s)           Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Kathy Smith** <br> **Theodore Visner** _____ | X   **/s/ Kathy Smith**            **August 10, 2010** |
| Printed Name(s) of Debtor(s) | Signature of Debtor           Date |
| Case No. (if known) _____ | X   **/s/ Theodore Visner**      **August 10, 2010** |
| | Signature of Joint Debtor (if any)     Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

## United States Bankruptcy Court
### Eastern District of Michigan

In re    **Kathy Smith**
        **Theodore Visner**
                                              Debtor(s)

Case No.
Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **August 10, 2010**            **/s/ Kathy Smith**
                                        **Kathy Smith**
                                        Signature of Debtor

Date:  **August 10, 2010**            **/s/ Theodore Visner**
                                        **Theodore Visner**
                                        Signature of Debtor

Advanced Call Center Technologies, LLC
PO Box 9091
Johnson City, TN 37615-9091


AFNI
404 Brock Drive
PO Box 3517
Bloomington, IL 61702-3517


Ameriquest
HSBC
PO Box 5241
Carol Stream, IL 60197-5241


Bank of America Home Loans
PO Box 650070
Dallas, TX 75265


Boston Square Lock & Key
1625 Kalamazoo Ave
Grand Rapids, MI 49507


Capital One
PO Box 30285
Salt Lake City, UT 84130-0285


Cascade Immediate Care Center
6460 28th Street SE
Grand Rapids, MI 49546


CBC Credit Services
215 S Main Street
PO Box 445
Mount Pleasant, MI 48804-0445


Centennial Wireless
PO Box 9001094
Louisville, KY 40290-1094


Center Key, LLC
Jon and Kellie Frazier
PO Box 337
Buchanan, MI 49107

Central Michigan Community Hospital
1221 South Drive
Mount Pleasant, MI 48858


Chase
PO Box 15298
Wilmington, DE 19850-5298


Chemical Bank
PO Box 100
Bay City, MI 48707-0100


City of East Grand Rapids
Treasurer
750 Lakeside Drive SE
East Grand Rapids, MI 49506-3092


City of Grand Rapids
Neighborhood Improvement Nusiance
Room 220 City Hall
300 Monroe Ave NW
Grand Rapids, MI 49503-2296


City of Grand Rapids Treasurer
Room 220 City Hall
300 Monroe Avenue NW
Grand Rapids, MI 49503-2296


City of Mt. Pleasant
PO Box 503
Mount Pleasant, MI 48858-0503


City of Saginaw
1315 S Washington Avenue
Saginaw, MI 48601


City of Saginaw
1315 S Washington Ave
Saginaw, MI 48601


Client Services Inc
3451 Harry Truman Blvd
Saint Charles, MO 63301-4047

CMCH Emergency Physicians, PC
PO Box 475
Saint Johns, MI 48879


Consumers Energy
Lansing, MI 48937-0001


County of Saginaw
111 South Michigan Avenue
Saginaw, MI 48602


Creative Graphics
430 N Mechanic Street
Jackson, MI 49201


Credit Protection Association, LP
13355 Noel Road
Dallas, TX 75240


Cynthia Hager
2890 Northeast 73rd Street
Bremerton, WA 98311


Dell Financial Services
c/o DFS Customer Care Dept.
PO Box 81577
Austin, TX 78708-1577


Dewitt Lumber Co
725 Spring Street
Blanchard, MI 49310


Diagnos-Techs, Inc
6620 So 192nd Pl, J-104
Kent, WA 98032


Direct Rewards
HSBC
PO Box 5222
Carol Stream, IL 60197-5222


Dream Key Design/Dream Key Design Academ
2120 E Remus Road
Mount Pleasant, MI 48858

DTE Energy
2000 2nd Ave
Detroit, MI 48226-1279


DTE Energy
3200 Hobson Street
Detroit, MI 48201


Enhanced Recovery Corp
332 South Michigan Ave, Suite 600
Chicago, IL 60604


F & S Radiology Inc
Patient Financial Services Dept
PO Box 1512
Knoxville, TN 37901-1512


First Premier Bank
PO Box 5524
Sioux Falls, SD 57117-5524


Frankenmuth Insurance
FMIC
One Mutual Avenue
Frankenmuth, MI 48787-0001


Freman Propane, LLC
7150 Edgar Road
Vestaburg, MI 48891


Gilmore Collection
20 Monroe Avenue NW
Grand Rapids, MI 49503


Haller Harlan & Taylor
5085 W Park Blvd, Suite 150
Plano, TX 75093


Homeworks
Tri-County Electric
7973 E Grand River
Portland, MI 48875

Howell Breast Care
1201 South Drive
Mount Pleasant, MI 48858


I C System Inc
PO Box 64380
Saint Paul, MN 55164


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Centralized Insolvency Operations
PO Bo 21126
Philadelphia, PA 19114


Isabella Bank
PO Box 100
Mount Pleasant, MI 48858-0100


Isabella Community Credit Union
2400 S Isabella Road
PO Box 427
Mount Pleasant, MI 48804-0427


Isabella County Treasurer
200 North Main Street
Mount Pleasant, MI 48858


Jay Lawrence
1553 Dopyle Trail
Roscommon, MI 48653


JC Penney
GE Money Bank
Attn: Bankruptcy Department
PO Box 103104
Roswell, GA 30076


Jeffrey R Portko
Advocate Law Offices
1444 Michigan Street NE
Grand Rapids, MI 49503

Jenkins Plumbing & Heating
1428 West Remus Road
Mount Pleasant, MI 48858


Juniper
PO Box 8802
Wilmington, DE 19899-8802


Kent County
Kenneth D Parrish
PO Box Y
Grand Rapids, MI 49501


Lowe's
GE Money Bank
Attn: Bankruptcy Department
PO Box 103104
Roswell, GA 30076


LTD Financial Services
7322 Southwest Freeway, Suite 1600
Houston, TX 77074


Lyle Stephens
2415 Aurelius Road
Holt, MI 48842


Lyle Stephens
130 Breakers Ct.
Apt. 143
Punta Gorda, FL 33950


Malcolm S Gerald And Associates
PO Box 60578
Los Angeles, CA 90060-0578


Margaret Faye Adams
112 E Walton Road
Mount Pleasant, MI 48858


Michael Goetzinger
3925 W Jefferson Road
Alma, MI 48801

Michael Shepard
100 Ozark Road
Moran, MI 49760

Michigan Department of Treasury
Attn: Bankruptcy Department
PO Box 30158
Lansing, MI 48909

Midland Credit Management
PO Box 60578
Los Angeles, CA 90060-0578

Money Recovery Nationwide
PO Box 13129
Lansing, MI 48901-3129

MRS Associates, Inc
7 Penn Plaza, Suite 1500
New York, NY 10001-3995

O'Neill Plumbing
911 E Evergreen Street
Greenville, MI 48838

Orchard Bank Gold
HSBC Card Services
PO Box 80084
Salinas, CA 93912-0084

Paul Brewster
Lewinski & Brewster
PO Box 708
111 Ashmun Street
Sault Sainte Marie, MI 49783

Pinnacle Capital Fund
1960 28th Street SE, Suite C
Grand Rapids, MI 49508

Pleasant Plaza, Inc
Steve Bigard
5580 Venture Way
Mount Pleasant, MI 48858

Revenue Recovery Corporation
PO Box 2698
Knoxville, TN 37901-2698


RMCB Retrieval - Master Creditors Bureau
2269 S Saw Mill River Road
Bldg 3
Elmsford, NY 10523


Sandra L. Howell, MD
1201 South Drive
Mount Pleasant, MI 48858


Sandy Howell
31 W Taylor Road
Mount Pleasant, MI 48858


Santander Consumer
PO Box 660633
Dallas, TX 75266-0633


Shelly Sweet and Robert
8533 E Baseline Road
Mount Pleasant, MI 48858


Solomon & Solomon PC
PO Box 15019
Albany, NY 12212-5019


State of Michigan
Unemployment Insurance Agency
Benefit Overpayment Collection Unit
Po Box 9045
Detroit, MI 48202-9045


State of Michigan
Unemployment Insurance Agency
PO Box 9045
Detroit, MI 48202-9045


Steve Bowyer
965 Thornapple River Drive
Ada, MI 49301

Timber Point Estates Condo Assoc
9078 Old Hickory Lane
Vassar, MI 48768


Travelers Service Center
PO Box 1515
Spokane, WA 99210-1515


Tuscola County Treasurer
440 N. State Street
Caro, MI 48723


Tuscola Township Treasurer
Shirley M Olson
7292 Frankenmuthy Road
Vassar, MI 48768


Varnum
Bridgewater Place
PO Box 352
Grand Rapids, MI 49501-0352


Verizon
PO Box 9688
Mission Hills, CA 91346-9688


Verizon
777 Big Timber Road
Elgin, IL 60123


Verizon North
PO Box 920041
Dallas, TX 75392-0041


Vizbuilt, Inc


Washington State Support
PO Box 9162
Olympia, WA 98507


William E Cain, CPA, PC
210 Court Street, Suite D
Mount Pleasant, MI 48858

William W. Siegel & Associates
3451 Harry Truman Blvd
Saint Charles, MO 63301-4047


Pleasant Plaza
Steven D. Bigard
5580 Venture Way
Mount Pleasant, MI 48858