UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: ) | |
|     Kathy Smith, ) | |
|     Theodore Visner, ) | Case Number: 10-23064 |
|             Debtor(s). ) | |
| Address: ) | Chapter 7 Bankruptcy |
|     PO Box 277 ) | |
|     Mount Pleasant MI 48804 ) | Hon. Daniel S. Opperman |
| ) | |
| Last four digits of Social Security: ) | |
|     7592 / 2243 ) | |

## ORDER GRANTING NOTICE OF INTENT TO SELL
## 829 E WALTON RD, MOUNT PLEASANT MI 48858 BY CREDITOR SHELLY SUE SWEET

    Creditor, Shelly Sweet, by and through her attorney, Bruce K. Havens, having filed a Notice of Intent to Sell 829 E Walton Rd, Mt Pleasant, MI, and Debtors, Kathy Smith and Theodore Visner, by and through their attorney, Lesley Hoenig, having filed an Objection, and the Court having heard the matter on October 6, 2010,

**The Court Orders as follows:**

    **(A)**    Creditor, Shelly Sweet, is authorized to sell real property at 829 E Walton Rd, Mount Pleasant, MI 48858.

    **(B)**    11 U.S.C. §362 does not apply.

    **(C)**    The Court reserves for further determination all issues surrounding personal property transfers from and after the filing of the bankruptcy and any related issues surrounding the conduct of the parties during that period.

    **(c)**    The Court further determines that the property referred to in creditors Notice of Intent to Sell is specifically deemed not to have been "abandoned" by this order and may be raised by either party at a later date.

.

**Signed on October 08, 2010**

                                                         **_/s/ Daniel S. Opperman**
                                                          **Daniel S. Opperman**
                                                          **United States Bankruptcy Judge**