## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

In re: )
    Kathy Smith, )
    Theodore Visner, )    Case Number:    10-23064
    Alleged Debtor(s), Claimants )
) Chapter 7 Bankruptcy
)
v ) Alleged Judge; Daniel S. Opperman
) (Opperman you are hereby fired and accused)
) **FILE ON DEMAND**
The Accused: )
    Bruce Havens ) **NOTICE(S) & DEMAND(S) &**
    Daniel S Opperman ) **DECLARATION(S)**
    Accused Respondent/Defendants ) **CONTINUED OBJECTIONS**
in the private and in the flesh as men. ) **CLAIM(S)**
not in the public nor corporate dead fiction. ) *Affidavit*
_____ )

**NOTICE & DECLARATION**
**ALLEGED DEBTORS ARE NOW CLAIMANTS**
**&**
**NOTICE & DEMAND FOR RECUSAL**
**&**
**CLAIM OF FRAUD UPON THE COURT & OTHER CRIMES**
**INCLUDING TRESPASS**
**&**
**DEMAND FOR THE IMMEDIATE RETURN**
**OF REAL AND PERSONAL PROPERTY**
**&**
**FURTHER OBJECTION TO COURT SHENANIGANS**
**THAT INCLUDE A CONTINUED FAILURE TO NOTICE**
**&**
**DEMAND FOR PRODUCTION**

**TAKE NOTICE – ALLEGED DEBTORS ARE NOW CLAIMANTS**
The Debtor(s) Kathy Smith and Theodore Visner are now Claimants in these proceedings stating and making claims of Fraud and other crimes facilitated by and through this court and by Bruce Havens and Daniel Opperman.

Page 1 of 7

## NOTICE AND DEMAND FOR RECUSAL

Alleged judge Daniel S. Opperman is being accused of facilitating and participating in fraud through this federal bankruptcy court and the trespass against Smith and Visner. As an accused active and willing participant in the frauds and other crimes perpetrated against the Debtors Smith & Visner, Daniel Opperman will NOT preside over these same and/or any other matters related to Smith and Visner.

## CLAIM OF FRAUD UPON THE COURT & OTHER CRIMES INCLUDING TRESPASS

A Fraud has been perpetrated upon this court and in this case numbered 10-23064. The self admitted creator and originator of this Fraud is Bruce K Havens and this Fraud was perfected by Daniel S. Opperman. The scope, intent and purpose of this fraud was to circumvent this court's Stay of Bankruptcy as it related to the real property known as 829 E Walton Rd in Mount Pleasant, MI and the personal property belonging to Smith & Visner.

On Monday September 20, 2010, Havens filed a document titled "Notice of Intent to Sell/Take Possession" in this court case. The stated criminal intent in this filing was to be carried out the following weekend and intentionally leaving Smith & Visner no opportunity to Object while willfully depriving them of their right to Due Process and circumventing the federal court ordered Stay of Bankruptcy.

| | | |
|---|---|---|
| September 20, 2010 | Havens files Fraudulent Document with stated criminal intent titled "Notice of Intent to Sell/Take Possession" | |
| September 25, 26 & 27 | Criminal Intent stated by Havens is carried out by Sweet & Others | |
| September 24 or 27 | Objection Filed & supposed to be heard October 6, 2010 | |
| October 6, 2010 | Objection Hearing by Debtors converted to a creditor's Motion Hearing by Opperman after the stated criminal intent of the Havens created filing had already been carried out. | |

On October 6, 2010, Opperman unlawfully and fraudulently converted the Smith/Visner Objection Hearing into a Havens/Sweet Motion Hearing over the fraudulent filing by Havens titled Notice of Intent to Sell/Take Possession that was filed on September 20, 2010 where the stated criminal intent of the filing had been carried out on Saturday, Sunday and Monday September 25th, 26th and 27th and eleven (11) days before the Hearing held on October 6, 2010.

Havens thanked Opperman in court and on the record for converting the Smith/Visner Objection Hearing into a Creditor's Motion Hearing. Visit and review the master court record of hearing dated October 6, 2010. Certified copy of the Master Court Record to be considered submitted into evidence here in this case.

This Fraud upon the court was used to circumvent the Stay of Bankruptcy and allowed for the theft of

the Debtor(s)/Claimant(s) Real and Personal Property with a specific and stated reliance upon this federal court ignoring the intentional deprivation of Due Process rights secured them by both the state and federal Constitutions which Smith & Visner had every objectively reasonable exception would NEVER happen to them in any legitimate court of law.

**DEMAND FOR THE IMMEDIATE RETURN OF REAL AND PERSONAL PROPERTY**
The real and personal property stolen from Smith & Visner as a product of the intentional and willful frauds upon this court and trespasses against Smith and Visner MUST be returned to them immediately and by court order.

**FURTHER & CONTINUED OBJECTION TO COURT SHENANIGANS THAT INCLUDE A CONTINUED FAILURE TO NOTICE**
For the reasons stated herein, there is an obvious and apparent unwillingness along with a proven pattern and practice of this court's unwillingness to include Smith and Visner in this court actions and hearings. This is the further intentional and conspired deprivation of rights secured by the Constitution of the united States and is yet another federal crime as stated in Title 18 U.S.C. §§ 241 & 242.

**PATTERN & PRACTICE**
It is further believed that the use of a filed "Notice of Intent to Sell/Take Possession" by creditors through their lawyers may be a habitual scheme of this court that allows creditors to acquire both real and personal property by circumventing the automatic stay of bankruptcy and a full investigation of this court practices should be conducted on behalf of the people of the united States.

**FACTUAL ALLEGATIONS**

1. Bruce Havens filed (electronically or otherwise) two documents in the listed order and in this court case on Monday September 20, 2010 titled the same or similar to.
    1. Notice of Appearance **(Exhibit 1 – already in file)**
    2. Notice of Intent to Sell/Take Possession **(Exhibit 2 – already in file)**

2. The Notice of Appearance filed in this case by attorney Bruce Havens includes the following at or near the bottom of the document.
    1. "Respectfully Submitted"
    2. "Attorney for Shelly Sweet"

3. The Notice of Intent to Sell/Take Possession (hereafter referred to as Notice of Intent) filed in this case by attorney Bruce Havens does NOT include the following.
    1. "Respectfully Submitted"
    2. "Attorney for Shelly Sweet"

4. The Notice of Intent filed by Havens was not a Motion and was not filed as a Motion.

5. The Notice of Intent filed by Havens was not filed with any request for any Hearing.

6. The Notice of Intent filed by Havens had no lawful meaning to the court.

7. The Notice of Intent filed by Havens had no lawful meaning or purpose for the creditor Shelly

Sweet.

8. The Notice of Intent had no lawful meaning to Smith & Visner.

9. The Notice of Intent filed by Havens did not provide any time for anyone to object before the criminal intent fully stated in the Notice of Intent was to be carried out.

10. The Notice of Intent filed by Havens was the filing of criminal intent.

11. The Notice of Intent filed by Havens was an intentional Fraud and Trespass against Smith & Visner.

12. The Notice of Intent filed by Havens was printed and used by Sweet as if it were a federal court ordered eviction.

13. The Notice of Intent filed by Havens, without proper lawful time for Smith & Visner to object before the intent of the Notice were to be carried out is the intentional conspired deprivation of Smith & Visner's Due Process Rights as secured by the Constitution of the united States and a violation of federal criminal law in Title 18 U.S.C. §§ 241 & 242 among others.

14. Both Smith and Visner had an objectively reasonable expectation that the federal court would not allow them to be violated and further victimized by the court and by Bruce Havens and Daniel Opperman, a court officer and alleged judge, both members of the Michigan BAR.

15. The Notice of Intent filed by Bruce Havens was something that he claimed to have created himself in the October 6, 2010 Hearing.

16. At the October 6, 2010 Hearing, Bruce Havens called the "Notice of Intent" a "prophylactic of his own creation". **Exhibit 3 – The Master Court Record of the hearing on October 6, 2010.**

17. On October 6, 2010 a Hearing was held at the request of Smith & Visner

18. The Hearing was supposed to be a Debtor's Objection Hearing to the bullshit filing of Bruce Havens titled Notice of Intent.

19. On October 6, 2010 Daniel S Opperman, while allegedly acting as judge, converted the Smith/Visner Objection Hearing into a Creditor's Motion Hearing.

20. On October 6, 2010 Daniel S Opperman, while allegedly and reportedly acting as judge, refuses and fails to acknowledge that the criminal intent fully stated in the bullshit filing by Bruce Havens had already been carried out on the weekend of September 25, 26, 2010 and prior to what was supposed to be a Smith/Visner Objection Hearing that was converted by Opperman to a Motion Hearing on events already executed.

21. As evidenced by the Master Audio in the October 6, 2010 Hearing, Opperman claims the Hearing is for and about a Bruce Havens Motion and tells him to go first as every motioning party does.

22. Neither Shelly Sweet nor Bruce Havens paid anything for the Hearing held on October 6, 2010.

23. On October 6, 2010 Daniel S Opperman, while allegedly acting as judge, heard as a motion the bullshit filing of Bruce Havens while knowing full well that the stated criminal intent of the filing itself had already been carried out and that Shelly Sweet had stolen the Smith/Visner home at 829 E Walton Rd in Mount Pleasant Michigan as well as the majority of their personal property from that same house.

24. Bruce Havens was aware of his client Shelly Sweet's attempt to evict Smith and Visner from their home at 829 E Waltor Rd in Mount Pleasant Michigan and knew that those efforts would be fruitless for Shelly Sweet in the district court.

25. Bruce Havens involved himself with the Administrative closing of the Summary Proceedings to evict Smith and Visner from the home at 829 W Walton Rd in Mount Pleasant Michigan in the district court in Mount Pleasant, MI.

26. In an email to Sweet, Havens told Sweet on or about Friday September 24, 2010 that their had been no objections to his bullshit filing and that she should proceed to carry out the intent stated in his bullshit filing knowing full well, as a lawyer, that intent to be criminal.

27. Havens was looking for and expecting an objection to his bullshit filing knowing it to be a bullshit filing.

28. Havens knew that any objection to his bullshit filing would most likely not happen until after the intent of the bullshit filing had been carried out.

29. By Havens's own admission, states that this fraud upon the court was entirely his creation but also stated at first that he may have had help or may have worked with others.

30. The bullshit filing created by Bruce Havens and heard as a motion after the criminal acts and stated criminal intent of the bullshit filing had already been carried out by alleged judge Opperman completely nullified and violated the federal court bankruptcy stay order.

31. This federal bankruptcy court has been made a joke by Havens and Opperman.

32. This federal bankruptcy court has been made so much a joke by Havens and Opperman that the lawyer defending the county in the civil suit against the county was successfully granted Summary Disposition when it argued that since this bankruptcy court Abandoned it's claim to the Smith/Visner personal property that the county was free to claim all Smith/Visner personal property as if this personal property had actually been abandoned.

33. The fraud and trespass by Havens in the Notice of Intent could not and would not have worked without the conspired assistance of the court and Opperman themselves.

34. The crimes against Smith & Visner were outlined, drafted and executed by Havens but then perfected by the federal court through Opperman.

35. The crimes stated herein against Smith & Visner are further perfected by having to name an alleged federal court judge.

36. Opperman, supposedly a neutral party and an alleged judge, knows or should know what Due Process is and recognize immediately when it is being violated.

37. Opperman knows or should know how to recognize that Motion Hearings are not to be held after the actions detailed in the Motion have already been performed and immediately correct.

38. Opperman does and has known that Smith & Visner's home and it's contents were taken by Sweet under the implied authority of an unheard motion.

39. Opperman knows or should know what Misprision of Felony is.

40. Both Opperman and Havens know how hard it would be for ANY family that just had all of their bankruptcy exemptions stolen to address the same in ANY court setting.

41. Both Opperman and Havens know that if Visner were to file the same document in this court case that ANNOUNCED that Visner was going to take Opperman and Havens's homes in the next 5 days along with any and all of the personal property in them that this would be a direct statement of criminal intent.

42. Opperman was directly accused in the Motion to reopen this bankruptcy of the crimes stated herein by Visner yet with this obvious appearance and all them actual demonstrations of impropriety refuses to recuse himself and continues to have secret hearings without proper notice to Smith and Visner such as the most recent hearing believed to be held on April 14, 2016.

43. Shelly Sweet is only the benefactor of the crimes stated herein. The actual crimes against Smith & Visner were created and perfected through this court to specifically and intentionally deprive Smith & Visner of their right to their home, their property as well as their life, liberty and the pursuit of happiness.

44. This federal bankruptcy court has been used to facilitate crimes against Smith, Visner and their two minor children and these crimes were perfected against the same by Opperman acting and attempting to be ignorant of the same.

45. Opperman clearly demonstrated that he has a working knowledge of the federal court notice requirements in the February 26, 2016 hearing.

Opperman, as the perfecter of the crimes stated herein has absolutely NO AUTHORITY to order me to file ANY pleadings in this or ANY other court case. This CLAIM is filed to appease and it should be expected that modifications and amendments will be made as time and resources allow.

Attached Affidavit(s) and all follow up Affidavit(s) filed in this case by either Visner or Smith to be considered part of this filing.

## DEMAND FOR PRODUCTION
1. It is demanded and commanded that Opperman file with his Answer a copy of his oath and bond along with a verified and certified copy the his actual appointment to the office of judge for this particular district and/or region.

## INSTRUCTIONS TO THIS COURT
This court is hereby instructed and ordered to do the following.

1. Never again hold hearings or have meetings without Visner present.
2. Never again attempt to communicate with either Smith or Visner by means that include the absence of any direct proof. All physical mail correspondence must be sent "Certified Return Receipt Requested" through USPS only.
3. Every action in this case by the court and/or the accused must also be emailed to this email address; SheriffTedVisner@gmail.com
4. This court is to notify Visner immediately of the replacement judge and provide a copy of the new judge's Oath of Office and Bond and certified letter of assignment.



Seal (if any)

Drafted and filed by
_____
[signature / autograph]

Theodore Visner
in the private, a man on the land
856 W Cody Estey Rd
Pinconning, MI 48650
Phone (989) 954-2814
email: SheriffTedVisner@gmail.com

## NOTARIZED
Subscribed and sworn to before me, this 31st [day of month] day of April [month], 2016.

[Notary Seal:]
_J.J. Boyer_
[signature of Notary]
_T. J. Boyer_
[typed name of Notary]

T J BOYER
Notary Public - Michigan
Gratiot County
My Comm. Expires _____

NOTARY PUBLIC     My commission expires: _9-23_____, 20_19_.

# GENERAL AFFIDAVIT

State of Michigan
County of _Bay County_

BEFORE ME, the undersigned Notary, _T. J. Boyer_
[name of Notary before whom affidavit is sworn], on this _21st_ [day of month] day of
_April_ [month], 20_16_, personally appeared
_THEODORE JOSEPH VISNER_ [name of affiant], known to me to be a credible person and of lawful age, who being by me first duly sworn, on _His_ [his or her] oath, deposes and says under penalty of perjury: I swear and attest that the statements of fact contained herein are true, factual and accurate to the best of my knowledge and belief.

## AFFIANT'S STATEMENT OF FACTS
### Numbered 1 - 5

1. Mount Pleasant attorney Bruce K Havens created a document titled "Notice of Intent to Sell/Take Possession" and filed it in the joint bankruptcy case of Kathy Smith and Theodore Visner (a married couple) numbered 10-23064 on Monday September 20, 2010 without stating the filing itself to be a "Motion" nor scheduling any court hearing with regard to that filing perpetrating a fraud upon the federal bankruptcy court and a trespass against Smith & Visner.

2. Bruce Havens filed the "Notice of Intent to Sell/Take Possession" knowing that the intent stated in this filing was to be carried out before the victims of the stated intent would ordinary be allowed to object, intentionally and willfully depriving the victims, Smith, Visner and their two minor children, of their objectively reasonable expectations of their Due Process Rights along with the physical possession of their home at 829 E Walton Rd and their personal property inside therein.

3. Bruce Havens created this fraud upon the federal court that specifically enabled his client Shelly Sweet the ability to print an official looking document that she would and could use in place of a court ordered eviction while completely circumventing the federal court stay of bankruptcy with regard to the property known as 829 E Walton Rd in Mount Pleasant, Michigan.

4. Federal court judge Daniel Opperman presided, without introduction, over a hearing held in this case on October 6, 2010 that was scheduled by Smith and Visner as an "Objection Hearing" to

Page 1 of 2

Object to the fraudulent filing of Bruce Havens filed on September 20, 2010 and Opperman converted the Objection Hearing into a Motion Hearing for Bruce Havens and his client Shelly Sweet with regard to matters that had already been executed as if already ordered by the federal court and completing the conspiracy to deprive the victims of due process.

5. As a direct result and damage of this willful and intentional fraud, trespass and deprivation of Due Process rights by Bruce Havens and federal bankruptcy court judge Daniel Opperman, Smith, Visner and their two minor children lost their home and the contents of their home.

Further Affiant Sayeth Naught

_____
[signature/autograph of affiant]

Theodore Visner
in the private, a man on the land
856 W Cody Estey Rd
Pinconning, MI 48650



Affiant's Seal (if any)

**Subscribed and sworn to before me, this** 31 [day of month] day of April [month], 20 16

[Notary Seal:]

_T. J. Boyer_
[signature of Notary]

T. J. Boyer
[typed name of Notary]

T J BOYER
Notary Public - Michigan
Gratiot County
My Comm. Expires 9-23-'19

NOTARY PUBLIC

My commission expires: Sept., 23, 20 19.

Page 2 of 2

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MOUNT PLEASANT, MI 48858
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.30 | 0933 |
| $ $2.70 | 05 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.68 | |
| $ | 04/22/2016 |
| Total Postage and Fees $6.68 | |

Sent To *BRUCE HAVENS*
Street and Apt. No., or PO Box No. *306 N FANCHER ST.*
City, State, ZIP+4® *MT. PLEASANT, MI 48858*

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7015 1520 0002 2372 9402