UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

KATHY SMITH                                   Case No. 10-23064-dob
and THEODORE VISNER,                          Chapter 7 Proceeding
        Debtors.                              Hon. Daniel S. Opperman
_____/

## ORDER CLOSING CHAPTER 7 PROCEEDING

On April 15, 2016, the Court entered an Order directing either Kathy Smith or Theodore

Visner to file certain pleadings with this Court on or before April 29, 2016.  That date has since

passed and an examination of the Court file indicates that no such pleadings have been filed;

NOW, THEREFORE, IT IS HEREBY ORDERED that for these reasons this Chapter 7

proceeding is closed.

cc:    Kathy Smith
       Theodore Visner

**Signed on May 02, 2016**

                            _____/s/ Daniel S. Opperman_____
                            **Daniel S. Opperman**
                            **United States Bankruptcy Judge**